UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARNER CHILCOTT LABORATORIES IRELAND LIMITED, WARNER CHILCOTT COMPANY, INC., WARNER CHILCOTT (US), LLC and MAYNE PHARMA INTERNATIONAL PTY. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., MYLAN PHARMACEUTICALS INC., MYLAN INC., MUTUAL PHARMACEUTICAL COMPANY, INC., UNITED RESEARCH LABORATORIES, INC. and URL PHARMA, INC.,<br><br>Defendants. | **Civil Action No.**<br>**2:08-cv-06304-WJM-MF** |
| WARNER CHILCOTT LABORATORIES IRELAND LIMITED, WARNER CHILCOTT COMPANY, INC., WARNER CHILCOTT (US), LLC and MAYNE PHARMA INTERNATIONAL PTY. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | **Civil Action No.**<br>**2:09-cv-00228-WJM-MF** |

| | |
|---|---|
| WARNER CHILCOTT LABORATORIES IRELAND LIMITED, WARNER CHILCOTT COMPANY, INC., WARNER CHILCOTT (US), LLC and MAYNE PHARMA INTERNATIONAL PTY. LTD.,<br><br>   Plaintiffs,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, ACTAVIS INC. and ACTAVIS GROUP HF.,<br><br>   Defendants. | **Civil Action No.**<br>**2:09-cv-00469-WJM-MF** |
| WARNER CHILCOTT LABORATORIES IRELAND LIMITED, WARNER CHILCOTT COMPANY, LLC, WARNER CHILCOTT (US), LLC and MAYNE PHARMA INTERNATIONAL PTY. LTD.,<br><br>   Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>   Defendant. | **Civil Action No.**<br>**2:09-cv-01233-WJM-MF** |
| WARNER CHILCOTT LABORATORIES IRELAND LIMITED, WARNER CHILCOTT COMPANY, LLC, WARNER CHILCOTT (US), LLC and MAYNE PHARMA INTERNATIONAL PTY. LTD.,<br><br>   Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>   Defendants. | **Civil Action No.**<br>**2:09-cv-02073-WJM-MF** |

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, WARNER CHILCOTT (US), LLC and MAYNE PHARMA INTERNATIONAL PTY. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., <br><br> Defendant. | **Civil Action No. 2:10-cv-00511-WJM-MF** |

## PLAINTIFFS' UNOPPOSED MOTION AND [PROPOSED] ORDER FOR CONSOLIDATION

This matter having been opened to the Court at the request of Plaintiffs for an Order consolidating for discovery purposes only *Warner Chilcott Company, LLC, et al. v. Sandoz Inc.*, Civil Action No. 2:10-cv-00511-WJM-MF with the above captioned patent infringement actions currently pending before the Honorable William J. Martini, U.S.D.J., which have already been consolidated for discovery purposes under *Warner Chilcott Laboratories Ireland Limited, et al. v. Impax Laboratories, Inc., et al.*, Civil Action No. 2:08-cv-06304-WJM-MF and involve the same patent; and no Defendants objecting to Plaintiffs' request; and the Court having considered this matter, and it appearing that the actions involve common questions of law and fact such that consolidation for discovery purposes is appropriate; and it appearing that consolidation for discovery will avoid unnecessary costs and delay; and for other good cause shown:

IT IS on this 17 day of May, 2010;

**ORDERED** that *Warner Chilcott Company, LLC, et al. v. Sandoz Inc.*, Civil Action No. 2:10-cv-00511-WJM-MF is hereby consolidated with the above captioned patent infringement actions, which have already been consolidated for discovery purposes under *Warner Chilcott*

*Laboratories Ireland Limited, et al. v. Impax Laboratories, Inc., et al.*, Civil Action No. 2:08-cv-06304-WJM-MF, for discovery purposes only.

_____
Hon. Mark Falk

**MARK FALK
U.S. Magistrate Judge**

Respectfully Submitted,

Dated: May 13, 2010

S/William J. Heller
_____
William J. Heller (wheller@mccarter.com)
Jonathan Short (jshort@mccarter.com)
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

*Attorneys for Plaintiffs Warner Chilcott Laboratories Ireland Limited, Warner Chilcott Company, Inc., Warner Chilcott Company, LLC, Warner Chilcott (US), LLC, and Mayne Pharma International Pty. Ltd*

Of Counsel:
Dominick A. Conde (dconde@fchs.com)
Diego Scambia (dscambia@fchs.com)
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
Phone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Plaintiffs Warner Chilcott Laboratories Ireland Limited, Warner Chilcott Company, Inc., Warner Chilcott Company, LLC and Warner Chilcott (US), LLC*

ME1 9770135v.6

4

We hereby do not oppose the form and substance of the foregoing Order:

Dated: May 13, 2010

S/Arnold B. Calmann
Arnold B. Calmann (abc@saiber.com)
Geri L. Albin (gla@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102

Ron E. Shulman (rshulman@wsgr.com)
Terry Kearney (tkearney@wsgr.com)
Dieter H. Hellmoldt (dhellmoldt@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304

Roger J. Chin (rchin@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105

Josh A. Mack (jmack@wsgr.com)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
12235 El Camino Real, Suite 200
San Diego, California 92130

*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.*

S/Gail L. Gottehrer
Gail L. Gottehrer (glg@avhlaw.com)
Jeremy C. Lowe (jcl@avhlaw.com)
Edward Mathias
Francis H. Morrison, III
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, Connecticut 06103

*Attorneys for Defendants Actavis Elizabeth LLC, Actavis Inc., and Actavis Group HF.*

<u>S/Eric I. Abraham</u>
Eric I. Abraham (eia@hillwallack.com)
**HILL WALLACK LLP**
202 Carnegie Center
CN 5226
Princeton, New Jersey 08543

Richard J. Basile (rbasile@ssjr.com)
David W. Aldrich (daldrich@ssjr.com)
Tatyana Voloshchuk
Michael Kosma
Chris Strate
James P. Jeffry
**ST. ONGE STEWARD JOHNSTON & REENS LLC**
986 Bedford Street
Stamford, Connecticut 06905-5619

*Attorneys for Defendant Sandoz Inc.*

<u>S/Michael E. Patunas</u>
Allyn Z. Lite (alite@ldgrlaw.com)
Michael E. Patunas (mpatunas@ldgrlaw.com)
Mayra V. Tarantino (mtarantino@ldgrlaw.com)
**LITE DEPALMA GREENBERG & RIVAS, LLC**
Two Gateway Center, 12th Floor
Newark, New Jersey 07102

Martin P. Endres
Matthew J. Solow
**FLOREK & ENDRES PLLC**
1156 Avenue of the Americas
New York, New York 10036

Jeffrey Alan Hovden
Michael F. Sarney
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022

*Attorneys for Defendant Impax Laboratories, Inc.*