**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

July 6, 2011

**VIA ECF**
Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Bldg.
One Federal Square
Newark, New Jersey 07102

Re:  *Warner Chilcott Laboratories Ireland Limited, et al. v. Impax Laboratories, Inc., et al.*
Civil Action No. 08-6304 (WJM)(MF)

Dear Judge Falk:

This firm, together with Wiley Rein, represents Defendant Impax Laboratories, Inc. ("Impax") in the referenced matter. We write to advise the Court that Impax is withdrawing its Notice of Intent to Request Redaction of a Transcript; specifically, portions of the April 6, 2011 hearing transcript (ECF No. 128).

Respectfully,

Mayra V. Tarantino

MVT:emp

cc:  All Counsel (via ECF)

282482 v1