## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARNER CHILCOTT LABORATORIES IRELAND LIMITED, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., *et al.*,<br><br>Defendants. | Civil Action No. 2:08-cv-06304 (WJM) |
| WARNER CHILCOTT LABORATORIES IRELAND LIMITED, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC., *et al.*,<br><br>Defendants. | Civil Action No. 2:09-cv-02073 (WJM) |
| WARNER CHILCOTT LABORATORIES IRELAND LIMITED, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC., *et al.*,<br><br>Defendants. | Civil Action No. 2:09-cv-01233<br><br>**ORDER GRANTING MYLAN'S MOTION TO SEAL AND FOR REDACTION OF TRANSCRIPTS**<br><br>*DOCUMENT FILED ELECTRONICALLY* |

**THIS MATTER** having been brought before the Court upon the Motion of

Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan"), pursuant

to Local Civil Rule 5.3(c), to Seal and Redact portions of the Transcripts of the

proceedings held before the Honorable William J. Martini on February 1, 2, 3, 6, 7, 8,

and 9, 2012 ("Transcripts"); and the Court having considered the papers submitted in

support of and in opposition to the within Motion; and the Court having considered and

adopted the Findings of Fact and Conclusions of Law submitted by Mylan in support of the within Motion; and the Court having further found that the standards of Local Civil Rule 5.3(c)(2) have been met and support the sealing of the confidential information set forth below; and the Court having considered oral argument, if any; and for the reasons set forth in the record of the proceedings, and for other good cause having been shown;

**IT IS** on this _14th_ day of _August_, 2012,

**ORDERED** that Mylan's Motion, pursuant to Local Civil Rule 5.3(c), to Seal and Redact portions of the Transcripts is hereby **GRANTED**; and it is further

**ORDERED** that the following portions of the Transcripts shall be sealed and maintained under seal by the Court:

- Transcript of February 1, 2012 (ECF No. 304), page 38, line 4, starting after "makes up about" and continuing until the end of the line;

- Transcript of February 1, 2012 (ECF No. 304), page 38, line 10, starting after "make up" and ending before "of";

- Transcript of February 1, 2012 (ECF No. 304), page 38, line 13, starting after "make up" and ending before "of the ingredients";

- Transcript of February 1, 2012 (ECF No. 304), page 38, line 15, starting after "didn't see" and ending before "of the";

- Transcript of February 1, 2012 (ECF No. 304), page 51, line 20, starting after "Right" through and including line 22;

- Transcript of February 1, 2012 (ECF No. 304), page 106, line 19, starting after "povidone" through and including line 24;

- Transcript of February 1, 2012 (ECF No. 304), page 114, line 11 through and including line 23, and ending on line 24 before "And so";

- Transcript of February 1, 2012 (ECF No. 304), page 116, line 18, starting after "middle" and ending at line 20 before "Standing here";

- Transcript of February 1, 2012 (ECF No. 304), page 116, line 21, starting after "more than" and ending before "of this";

Case 2:09-cv-02073-WJM-MF   Document 157-5   Filed 07/03/12   Page 3 of 6 PageID: 6740

- Transcript of February 1, 2012 (ECF No. 304), page 116, line 24, starting after "than" and ending before "It just";

- Transcript of February 1, 2012 (ECF No. 304), page 118, line 23, starting after "manufacture" through and including line 25;

- Transcript of February 1, 2012 (ECF No. 304), page 138, line 11 through and including page 140, line 6;

- Transcript of February 2, 2012 (ECF No. 305), page 69, line 14, starting after "point" through and including line 18;

- Transcript of February 2, 2012 (ECF No. 305), page 97, line 4, starting at "So" and ending at line 5 before "and not";

- Transcript of February 2, 2012 (ECF No. 305), page 97, line 7, starting after "there's" and continuing until the end of the line;

- Transcript of February 2, 2012 (ECF No. 305), page 97, line 10, starting after "So again," and ending before "and yet";

- Transcript of February 3, 2012 (ECF No. 306), page 29, line 21 through and including page 30, line 1;

- Transcript of February 3, 2012 (ECF No. 306), page 30, line 6, starting after "Okay" and ending at line 10 before "And during";

- Transcript of February 3, 2012 (ECF No. 306), page 30, line 11, starting after "bead" and ending at line 12 before "—during the production";

- Transcript of February 3, 2012 (ECF No. 306), page 53, line 6, and ending at line 7 before "so that's why";

- Transcript of February 3, 2012 (ECF No. 306), page 53, line 19 through and including line 20;

- Transcript of February 3, 2012 (ECF No. 306), page 53, line 22 through and including line 23;

- Transcript of February 3, 2012 (ECF No. 306), page 54, line 2, and ending at line 3 before "Is that right";

- Transcript of February 3, 2012 (ECF No. 306), page 192, line 3 through and including page 203, line 17;

- Transcript of February 6, 2012 (ECF No. 307), page 84, line 19 through and including page 88, line 21;

Case 2:09-cv-02073-WJM-MF   Document 157-5   Filed 07/03/12   Page 4 of 6 PageID: 6750

- Transcript of February 6, 2012 (ECF No. 307), page 120, line 8 through and including page 122, line 10;

- Transcript of February 6, 2012 (ECF No. 307), page 122, line 22 and ending at line 25 before "A Raman";

- Transcript of February 6, 2012 (ECF No. 307), page 123, line 20, beginning after "Okay" and ending before "We just";

- Transcript of February 6, 2012 (ECF No. 307), page 123, line 22 through and including line 23;

- Transcript of February 6, 2012 (ECF No. 307), page 124, line 3;

- Transcript of February 6, 2012 (ECF No. 307), page 151, line 14, beginning after "concentration gradient" through and including line 19;

- Transcript of February 6, 2012 (ECF No. 307), page 183, line 1, after "only";

- Transcript of February 7, 2012 (ECF No. 308), page 26, line 10 through and including page 33, line 2;

- Transcript of February 7, 2012 (ECF No. 308), page 122, line 1 through and including page 123, line 15;

- Transcript of February 7, 2012 (ECF No. 308), page 136, line 10, beginning after "than" and ending before "of";

- Transcript of February 7, 2012 (ECF No. 308), page 136, line 12, after "is";

- Transcript of February 7, 2012 (ECF No. 308), page 136, line 19 through and including page 137, line 3;

- Transcript of February 7, 2012 (ECF No. 308), page 137, line 6, beginning after "it's" and ending before "what";

- Transcript of February 7, 2012 (ECF No. 308), page 137, line 12, beginning after "over" and ending at line 13, before "It";

- Transcript of February 7, 2012 (ECF No. 308), page 137, line 19, beginning after "mathematically" and ending before "would";

- Transcript of February 7, 2012 (ECF No. 308), page 137, line 21, beginning after "be" and ending before "of the";

Case 2:09-cv-02073-WJM-MF   Document 157-5   Filed 07/03/12   Page 5 of 6 PageID: 6751

- Transcript of February 7, 2012 (ECF No. 308), page 137, line 22, beginning after "So" and ending before "of";

- Transcript of February 7, 2012 (ECF No. 308), page 142, line 19, beginning after "than" and ending before "of";

- Transcript of February 7, 2012 (ECF No. 308), page 143, line 13, beginning after "than" and ending before "I";

- Transcript of February 7, 2012 (ECF No. 308), page 149, line 16, beginning after "than" and ending before "of" on line 17;

- Transcript of February 7, 2012 (ECF No. 308), page 159, line 22 through line 23, ending before "And";

- Transcript of February 7, 2012 (ECF No. 308), page 168, line 1, beginning after "than" and ending before "of";

- Transcript of February 7, 2012 (ECF No. 308), page 168, line 12, beginning after "than" and ending before "of";

- Transcript of February 7, 2012 (ECF No. 308), page 173, line 15, beginning after "than" and ending before "of" on line 16;

- Transcript of February 7, 2012 (ECF No. 308), page 175, line 3, beginning after "understand" and ending before "So" on line 9;

- Transcript of February 7, 2012 (ECF No. 308), page 176, line 22, beginning at the start of the line and ending before "for example";

- Transcript of February 7, 2012 (ECF No. 308), page 182, line 19, beginning after "that" through line 20;

- Transcript of February 7, 2012 (ECF No. 308), page 182, line 22, beginning after "Okay" through line 23;

- Transcript of February 7, 2012 (ECF No. 308), page 182, line 25, beginning after "Okay" through page 183, line 2;

- Transcript of February 7, 2012 (ECF No. 308), page 183, line 4 through and including line 6;

- Transcript of February 7, 2012 (ECF No. 308), page 186, line 22, beginning after "than" and ending before "of";

- Transcript of February 7, 2012 (ECF No. 308), page 199, line 3, beginning after "than the" and ending before "of povidone";

and it is further

**ORDERED** that the Court Reporter shall electronically file public copies of the

Transcripts, redacted as consistent with this Order.

*the parties are responsible for redacting the transcripts and filing redacted copies on the Court's public docket.*

---

**HONORABLE MARK FALK**
**UNITES STATES MAGISTRATE JUDGE**